**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 264 WAL 2020
                                    :
             Respondent            :
                                    :   Petition for Allowance of Appeal
                                    :   from the Order of the Superior Court
             v.                     :
                                    :
MARTHA FENCHAK BELL,             :
                                    :
             Petitioner              :

**<u>ORDER</u>**

**PER CURIAM**

       **AND NOW**, this 20th day of January, 2021, the Petition for Allowance of Appeal is

**DENIED**.